David Jay, Esq.
Richard A. Edlin, Esq.
Jaclyn DeMais, Esq.
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
*Attorneys for Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN VASADI, DANIELLE MOYER, JOSH SHEPHERD, LINDSEY STONEBRAKER, GREG TREACY, SCOTT TEITSCH, JEFFREY TAYLOR, ETHAN GALLOWAY, RIDGE BERRY, JUSTIN JONES, ANNA KING, SCOTT KING, GORDON FRIEND, LAURA LUCA, JOSE RODRIGUEZ, SAMUEL SMITH, AMBER O'CONNOR, JUSTIN O'CONNOR, LOGAN MCQUILLEN and CHARLES REGNA, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>      Defendant. | Civil Action No. 2:21-cv-10238 (WJM)(AME)<br><br>**NOTICE OF MOTION TO STAY AND COMPEL ARBITRATION** |

**PLEASE TAKE NOTICE** that defendant Samsung Electronics America, Inc. ("SEA") shall move before the Honorable William J. Martini, U.S.D.J., at the United States District Court for the District of New Jersey, Newark, New Jersey, on October 4, 2021 at 9:00 am or at such other date and time as set by the Court,

for an Order pursuant to 9 U.S.C. §§ 3-4 to stay the action filed by Plaintiffs and to compel arbitration of Plaintiffs' claims.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, SEA will rely upon the Memorandum of Law, Certification of Nicole Cantwell and Proposed Order submitted herewith.

DATED: July 12, 2021

**GREENBERG TRAURIG, LLP**

By: *s/ David Jay*
David Jay
Richard A. Edlin
Jaclyn DeMais
500 Campus Drive, Suite 400
Florham Park, NJ 07932

-and-

Robert Herrington
(*pro hac vice* application forthcoming)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

-and-

Dan Smulian
(*pro hac vice* application forthcoming)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

***Attorneys for Defendant Samsung Electronics America, Inc.***