# EXHIBIT A

**Exhibit A**

| Exhibit | Carrier | Model |
|---------|---------|-------|
| A-1 | Verizon | S20 Ultra |
| A-2 | T-Mobile | S20 Ultra |
| A-3 | Verizon | S20 FE |
| A-4 | Sprint | S20 Ultra |
| A-5 | AT&T | S20 Plus |
| A-6 | Xfinity (Comcast) | S20 Plus |
| A-7 | Carrier Unlocked | S20 Ultra |
| A-8 | AT&T | S20 Ultra |
| A-9 | Verizon | S20 |
| A-10 | Sprint | S20 Plus |

# Exhibit A-1

# SAMSUNG  Galaxy S20 Ultra 5G

**Packaging Contains:**

**Samsung Galaxy S20 Ultra 5G, Pre-Installed SIM Card, Wall Charger, Stereo Headset, Quick Reference Guide and Terms and Conditions**

Portion of memory occupied by existing content.

**IMPORTANT INFORMATION**
**If you use or retain the device, you accept Samsung's Terms and Conditions, including an Arbitration Agreement. Full terms, warranty and opt-out information are at www.samsung.com/us/Legal/Phone-HSGuide/, the enclosed materials & device settings.**

This device has been shown to be HAC compatible for CDMA, GSM, LTE, and UMTS.
Hearing Aid Compatibility = M4/T3

©2020 Samsung Electronics America, Inc. Samsung and Galaxy S are both trademarks of Samsung Electronics Co., Ltd. Other marks are the property of their respective owners. Enclosed items imported. See each item for country of origin. Coverage not available everywhere. This product meets current FCC Radio Frequency Emission Exposure Guidelines. FCC ID number: Device: A3LSMG988U. Additional details within and at www.fcc.gov/oet/ea. For more information on your device, including charging compatibility, please visit www.samsung.com.

TTY compatible. Meets FCC SAR Limit. A device restocking fee may apply if you return or exchange this device.

**Best 5G performance requires optimal 5G connection and unobstructed antennas (rear of device); see Verizon Wireless for network availability; 5G performance may be impacted by cases or covers.**

**CAUTION: To avoid electric shock and damaging your device, do not charge it while it is wet or near liquids. Do not handle device, charger or cords with wet hands.**

⚠️ **WARNING: Reproductive Harm – www.P65Warnings.ca.gov**

 Packaging is recyclable

SM-G988U
GH68-51748C
Label printed in Korea



# Exhibit A-2



## SAMSUNG — Manufacture Guideline

| Model | Part Number / Region |
|---|---|
| **SM-G988U** | GH68-51748D<br>USA-T-Mobile |

### Member in Charge

| | |
|---|---|
| Design | Mogwon Son / HQ Package Design Team |
| Drawing | Hyunduk Seo / Mechanical R&D Group 2 |
| PM | Sanghyun Park / Product Marketing Group - North America |
| D.Vendor | Moonyoung Jin / EStyle : 02-3445-6878(0111) |

### Specification Information

| Printing | | |
|---|---|---|
| | ▨ | Pantone 877C |
| | ☐ | White |
| | ■ | Black |
| | ◪ | - |
| | ◪ | - |
| | ◪ | - |
| | ◪ | - |
| Coating | ▨ | Whole UV Glossy Coating |
| | ◪ | - |
| Other | ◪ | - |
| | ◪ | - |
| | ◪ | - |

### History

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



LABEL BOX STICKER



Whole UV Glossy Coating

# Exhibit A-3

## SAMSUNG

Manufacture Guideline

| Model | Part Number / Region |
|---|---|
| **SM-G781V** | GH68-52589D<br>USA-VERIZON_SEV |

### Member in Charge

| | |
|---|---|
| Design | Mogwon Son / HQ Package Design Team |
| Drawing | LEE Uiryeol / Advanced Mechanical R&D Group |
| PM | Jihye Chae / Product Marketing Group - North America |
| D.Vendor | Moonyoung Jin / ESstyle : 02-3445-6878(0111) |

### Specification Information

| | | |
|---|---|---|
| Printing | �usa | Pantone 877C |
| | ■ | Black |
| | ▢ | - |
| | ▢ | - |
| | ▢ | - |
| | ▢ | - |
| Coating | ▢ | Whole UV Matt Coating |
| | ▢ | - |
| Other | ▢ | - |
| | ▢ | - |
| | ▢ | - |

### History

| 20.08.25 | Rev 1.0 | MPS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Label size : L70 X W160



LABEL BOX STICKER



Whole UV Matt Coating

# Exhibit A-4



SAMSUNG Manufacture Guideline

| Model | Part Number / Region |
|---|---|
| SM-G988U | GH68-51748F SPRINT |

## Member in Charge

| | |
|---|---|
| Design | Mogwon Son / HQ Package Design Team |
| Drawing | Hyun Duk Seo / Mechanical R&D Group 2 |
| PM | Michael jang / Product Marketing Group - North America |
| D.Vendor | Moonyoung Jin / ESstyle : 02-3445-6878(0111) |

## Specification Information

| | |
|---|---|
| Printing | Pantone 877C |
| | White |
| | Black |
| | - |
| | - |
| | - |
| | - |
| Coating | Whole UV Glossy Coating |
| | - |
| Other | - |
| | - |
| | - |

## History

| | | |
|---|---|---|
| 20.01.17 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

LABEL BOX STICKER

Whole UV Glossy Coating

# Exhibit A-5

## SAMSUNG
Manufacture Guideline

| Model | Part Number / Region |
|---|---|
| **SM-G986U** | GH68-51723A<br>ATT |

### Member in Charge

| Design | Yusun Kim / HQ Package Design Team |
|---|---|
| Drawing | Hyunduk Seo / Mechanical R&D Group 2 |
| PM | Alex Younghwan Kim / Product Marketing Group - North America |
| D.Vendor | Moonyoung Jin / ESstyle : 02-3445-6878(0111) |

### Specification Information

| Printing | | Pantone 877C |
|---|---|---|
| | | White |
| | | Black |
| | | - |
| | | - |
| | | - |
| | | - |
| Coating | | Whole UV Glossy Coating |
| | | - |
| Other | | - |
| | | - |
| | | - |

### History

| 20.01.15 | Rev 1.0 | MPS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



LABEL BOX STICKER



Whole UV Glossy Coating

# Exhibit A-6

## SAMSUNG
### Manufacture Guideline

| Model | Part Number / Region |
|---|---|
| **SM-G986U** | GH68-51723G<br>US_COMCAST |

### Member in Charge

| Design | Yusun Kim / HQ Package Design Team |
|---|---|
| Drawing | Hyunduk Seo / Mechanical R&D Group 2 |
| PM | CK Park / Product Marketing Group - North America |
| D.Vendor | Moonyoung Jin / ESstyle : 02-3445-6878(0111) |

### Specification Information

| Printing | | Pantone 877C |
|---|---|---|
| | | White |
| | | Black |
| | | - |
| | | - |
| | | - |
| | | - |
| Coating | | Whole UV Glossy Coating |
| | | - |
| Other | | - |
| | | - |
| | | - |

### History

| 20.01.16 | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



LABEL BOX STICKER



Whole UV Glossy Coating

# Exhibit A-7



## SAMSUNG — Manufacture Guideline

| Model | Part Number / Region |
|---|---|
| **SM-G988U1** | GH68-51728B<br>USA_RETAIL<br>_UNLOCKED |

### Member in Charge

| | |
|---|---|
| Design | Yusun Kim / HQ Package Design Team |
| Drawing | Hyunduk Seo / Mechanical R&D Group 2 |
| PM | Jinhee Bae / Product Marketing Group - North America |
| D.Vendor | Moonyoung Jin / EStyle : 02-3445-6878(0111) |

### Specification Information

| Printing | | |
|---|---|---|
| | ⬜ Pantone 877C |
| | ⬜ White |
| | ⬛ Black |
| | ◩ - |
| | ◩ - |
| | ◩ - |
| | ◩ - |
| Coating | 🟩 Whole UV Glossy Coating |
| | ◩ - |
| Other | ◩ - |
| | ◩ - |
| | ◩ - |

### History

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



LABEL BOX STICKER



Whole UV Glossy Coating

# Exhibit A-8



| SAMSUNG | Manufacture Guideline |
|---|---|

| Model | Part Number / Region |
|---|---|
| **SM-G988U** | GH68-51727A<br>ATT |

| Member in Charge | |
|---|---|
| Design | Yusun Kim / HQ Package Design Team |
| Drawing | Hyunduk Seo / Mechanical R&D Group 2 |
| PM | Seoho Lee / Product Marketing Group - North America |
| D.Vendor | Moonyoung Jin / EStyle : 02-3445-6878(0111) |

| Specification Information | |
|---|---|
| Printing | Pantone 877C |
| | White |
| | Black |
| | - |
| | - |
| | - |
| | - |
| Coating | Whole UV Glossy Coating |
| | - |
| Other | - |
| | - |
| | - |

| History | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |



LABEL BOX STICKER



Whole UV Glossy Coating

# Exhibit A-9

| SAMSUNG | Manufacture Guideline |
|---------|----------------------|

| Model | Part Number / Region |
|-------|---------------------|
| SM-G981V | GH68-51745C VERIZON |

**Member in Charge**

| Design | Mogwon Son / HQ Package Design Team |
|--------|--------------------------------------|
| Drawing | Hyun Duk Seo / Mechanical R&D Group 2 |
| PM | Kihwan Suh / Product Marketing Group - North America |
| D.Vendor | Moonyoung Jin / ESstyle : 02-3445-6878(0111) |

**Specification Information**

| Printing | | Pantone 877C |
|----------|--|--------------|
| | | White |
| | | Black |
| | | - |
| | | - |
| | | - |
| | | - |
| Coating | | Whole UV Glossy Coating |
| | | - |
| Other | | - |
| | | - |
| | | - |

**History**

| | | |
|--|--|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



LABEL BOX STICKER



Whole UV Glossy Coating

# Exhibit A-10

## SAMSUNG   Manufacture Guideline

| Model | Part Number / Region |
|---|---|
| **SM-G986U** | GH68-51751F<br>SPRINT |

### Member in Charge

| Design | Yusun Kim / HQ Package Design Team |
|---|---|
| Drawing | Hyun Duk Seo / Mechanical R&D Group 2 |
| PM | Michael Jang / Product Marketing Group - North America |
| D.Vendor | Moonyoung Jin / ESstyle : 02-3445-6878(0111) |

### Specification Information

| Printing | | |
|---|---|---|
| | ▨ | Pantone 877C |
| | ☐ | White |
| | ■ | Black |
| | ☐ | - |
| | ☐ | - |
| | ☐ | - |
| | ☐ | - |
| Coating | ▨ | Whole UV Glossy Coating |
| | ☐ | - |
| Other | ☐ | - |
| | ☐ | - |
| | ☐ | - |

### History

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



LABEL BOX STICKER



Whole UV Glossy Coating