# EXHIBIT C

| Mobile | TV & Audio | Home Appliances | Smart Home | Computing | Offers | Collections |

Explore   Support   Business

# Terms and Conditions



This Product is subject to a binding arbitration agreement between you and SAMSUNG ELECTRONICS AMERICA, INC. ("Samsung"). You can opt out of the agreement within 30 calendar days of the first consumer purchase (or use of application) by emailing optout@sea.samsung.com or calling 1-800-SAMSUNG (726-7864) and providing the applicable information. For complete terms and conditions that bind you and Samsung, refer to the "Arbitration Agreement" section of this document.

For specific provisions or legal information relating to your device, please refer to the printed Terms & Conditions included with your device, or visit www.samsung.com and use the model number to locate the product support page. This information was last updated March 22, 2021.

The full Arbitration Agreement, Standard Limited Warranty, End User License Agreement (EULA) and Health & Safety Information are also available on the device, in the Samsung legal section of Settings. The location depends on the device, and is usually in the "About device" or "About phone" or "About tablet" section, for example:

- Settings ➔ About phone or About device or About tablet ➔ Legal information ➔ Samsung legal

- Or, use the Search feature to search for "Legal".

○ Arbitration Agreement

○ Standard Limited Warranty

○ End User License Agreement

○ Health and Safety Information

**This is a binding legal agreement ("Agreement") between you (either an individual or entity) and Samsung Electronics America, Inc. ("Samsung"). Electronic acceptance of the agreement, opening the product packaging, use of the product, or continued possession of the product, constitutes acceptance of this agreement, regardless of whether you are the original purchaser, user, or other recipient of the product.**

**You and Samsung each agree that all disputes between you and Samsung that in any way relate to, or arise from, the standard limited warranty; or the sale, condition, or performance of the product, shall be resolved exclusively through final and binding arbitration, and not by a court or jury. Any such dispute shall not be combined or consolidated with a dispute involving any other person's or entity's product or claim. Specifically, without limitation of the foregoing, you shall not under any circumstances proceed as part of a class action. The arbitration shall be conducted before a single arbitrator, whose award may not exceed, in form or amount, the relief allowed by the applicable law**.

The arbitration shall be conducted according to the American Arbitration Association (AAA) Commercial Arbitration Rules applicable to consumer disputes. The AAA Rules are available online at **www.adr.org** or by calling the AAA at 1-800-778-7879. This Agreement is entered into pursuant to the Federal Arbitration Act. The laws of the State of New York, without reference to its choice of law principles, shall govern the interpretation of the Agreement and all disputes that are subject to this Agreement. The arbitrator shall decide all issues of interpretation and application of this Agreement.+

For any arbitration in which your total damage claims, exclusive of attorney fees and expert witness fees, are $5,000.00 or less ("Small Claim"), the arbitrator may, if you prevail, award your reasonable attorney fees, expert witness fees and costs as part of any award, but may not grant Samsung its attorney fees, expert witness fees or costs unless it is determined that the claim was brought in bad faith. In a Small Claim case, you shall be required to pay no more than half of the total administrative, facility and arbitrator fees, or $50.00 of such fees, whichever is less, and Samsung shall pay the remainder of such fees. Administrative, facility and arbitrator fees for arbitrations in which your total damage claims, exclusive of attorney fees and expert witness fees, exceed $5,000.00 ("Large Claim") shall be determined according to AAA rules. In a Large Claim case, the

Feedback

arbitrator may grant to the prevailing party, or apportion among the parties, reasonable attorney fees, expert witness fees and costs to the extent allowed by the applicable law. Judgment may be entered on the arbitrator's award in any court of competent jurisdiction

This Agreement also applies to claims against Samsung's employees, representatives, parents and other affiliates if any such claim relates in any way to or arises in any way from the Standard Limited Warranty or the Product's sale, condition or performance.

You may opt out of this Agreement by providing notice to Samsung no later than 30 calendar days from the date of the first consumer purchaser's purchase of the Product, or use of the application or software. To opt out, you must send notice by e-mail to optout@sea.samsung.com, with the subject line: "Arbitration Opt Out." You must include in the opt-out email (a) your name and address; (b) the date on which the Product was purchased or first use of the application or software; (c) the Product model name or model number; and (d) the IMEI or MEID or Serial Number, as applicable, if you have it (the IMEI or MEID or Serial Number can be found (i) on the Product box; (ii) on the Product information screen which can be found under "Settings;" (iii) on a label on the back of the Product beneath the battery, if the battery is removable; and (iv) on the outside of the Product if the battery is not removable).

Alternatively, you may opt out by calling 1-800-SAMSUNG (726-7864) no later than 30 calendar days from the date of the first consumer purchase of the Product and providing the same information. These are the only two forms of notice that will be effective to opt out of this Agreement. Opting out of this Agreement will not affect in any way the benefits to which you would otherwise be entitled, including the benefits of the Standard Limited Warranty.

Feedback

| SHOP | SUPPORT | OFFERS | ABOUT US |
|---|---|---|---|
| Phones | Contact Us | Offers | Leadership & Mission |
| Tablets | Product Support | Samsung Rewards | Our Business |
| Watches | Order Support | Student & Educator Discounts | Brand Identity |
| Mobile Accessories | Your Account | | Careers |
| Mobile Audio | Register Your Product | Government Discounts | Investor Relations ↗ |
| TV & Home Theater | Samsung Community | Military Discounts | Newsroom ↗ |
| Computing | Accessibility | Employee Discounts | Corporate Citizenship |

| | | | |
|---|---|---|---|
| Monitors | Note7 Recall | First Responder Discounts | Digital Responsibility |
| Memory & Storage | | | Labor & Human Rights |
| Home Appliances | | Business Discounts | |
| Smart Home | | | Diversity & Inclusion |
| Samsung Experience Store | | | Ethics |
| Apps & Services | | | Samsung Design ↗ |
| Shop Certified Re-Newed ↗ | | | **SUSTAINABILITY** |
| Samsung Authorized Reseller Program | | | Overview |
| | | | Environment |
| | | | Sustainable Supply Chain |

Copyright© 1995-2021 SAMSUNG All Rights Reserved.

 USA/ENGLISH　　Privacy　　Do Not Sell My Personal Information　　Legal　　Accessibility Help　　Sitemap

STAY IN THE LOOP?　   

Feedback