# EXHIBIT D

**Exhibit D**

| Exhibit | Carrier | Model |
|---|---|---|
| D-1 | Verizon | S20 Ultra |
| D-1 | Sprint | S20 Ultra |
| D-1 | T-Mobile | S20 Ultra |
| D-1 | Sprint | S20 Ultra |
| D-1 | Xfinity | S20 Plus |
| D-1 | Sprint | S20 Plus |
| D-2 | Verizon | S20 FE |
| D-3 | Verizon | S20 |
| D-4 | AT&T | S20 Plus |
| D-4 | AT&T | S20 Ultra |

# Exhibit D-1

**SAMSUNG**
**Galaxy S20+ | S20 Ultra 5G**

# Terms and Conditions

Read this document before operating the mobile device, accessories, or software (defined collectively and individ-ually as the "Product") and keep it for future reference. This document contains important Terms and Conditions. Electronic acceptance, opening the packaging, use, or retention of the Product constitutes acceptance of these Terms and Conditions.

Revised 06/2019

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660
Phone: 1-800-SAMSUNG (726-7864)
Internet: www.samsung.com


Printed in Korea
GH68-51570A_Rev_1.2

## Important legal information

**Arbitration Agreement - This Product is subject to a binding arbitration agreement between you and SAMSUNG ELECTRONICS AMERICA, INC. ("Samsung"). You can opt out of the agreement within 30 calendar days of the first consumer purchase by emailing optout@sea.samsung.com or calling 1-800-SAMSUNG (726-7864) and providing the applicable information.**

The full Arbitration Agreement, Standard One-year Limited Warranty, End User License Agreement (EULA), and Health & Safety Information for your device are available online:

• English: www.samsung.com/us/Legal/Phone-HSGuide

• Spanish: www.samsung.com/us/Legal/Phone-HSGuide-SP

This information can also be found on the device in the "About device" or "About phone" or "About tablet" section, for example:

• **Settings** > **About phone** or **About device** or **About tablet** > **Legal information** > **Samsung legal**

• Or,Search "Legal"

If your device required Federal Communications Commission (FCC) approval, you can view the FCC certification by opening Settings > About phone or About device or About tablet> Status.

### Diagnostic Software

This device is equipped with diagnostic software reporting usage and performance information used solely to deliver improved network quality and overall device experience to AT&T customers. Please refer to your AT&T Wireless Customer Agreement and/or the AT&T Privacy Policy (www.att.com/privacy) for more information.

### Class 1 Laser Product

Do not open the sealed cell phone case.

**Caution!** Use of controls or adjustments or performance of procedures other than those specified herein may result in hazardous radiation exposure.

### Certification Label

"Complies with FDA performance standards for laser products except for deviations pursuant to Laser Notice No. 50, dated June 24, 2007."

### ID Label
Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660
SM-G986U/U1, SM-G988U/U1

## Health and Safety

**WARNING!** To avoid electric shock and damage to your device, do not charge device while it is wet or in an area where it could get wet. Do not handle device, charger or cords with wet hands while charging.

### Maintaining dust and water resistance

The device is not impervious to dust and water damage in any situation. It is important that all compartments are closed tightly.

Follow these tips carefully to prevent damage to the device and maintain dust and water resistance performance:

• Water resistant based on IP68 rating, which tests submersion in fresh water deeper than 1.5 meters or keep it submerged for more than 30 minutes. If device is exposed to fresh water, dry it thoroughly with a clean, soft cloth; if exposed to liquid other than fresh water, rinse with fresh water and dry as directed.

• Any device which uses accessible compartments or ports that can be opened should have these sealed or closed tightly to prevent liquid from entering the system.

• If the device has been immersed in water or the microphone or speaker is wet, sound may not be heard clearly during a call. After wiping the device with a dry cloth, dry it thoroughly before using it.

• Do not expose the device to water at high pressure.

• If the device is dropped or receives an impact, the water and dust resistant features of the device may be damaged.

**Note:** Liquid other than fresh water may enter the device faster. Failure to rinse the device in fresh water and dry it as instructed may cause the device to suffer from operability or cosmetic issues.

### Samsung Knox

Samsung Knox is Samsung's security platform. Additional licensing fees may be required for enterprise use. For more information about Knox, please refer to: **www.samsung.com/us/knox**



### Specific Absorption Rate (SAR) certification information

For information about SAR, visit :
- **https://www.fcc.gov/general/radio-frequency-safety-0**
- **www.fcc.gov/encyclopedia/specific-absorption-rate-sar-cellular-telephones**
- **www.samsung.com/sar**

### Samsung mobile products and recycling

**WARNING!** Never dispose of batteries in a fire because they may explode. Do not disassemble, crush, puncture, heat, burn or reuse.

For battery and cell phone recycling, go to **call2recycle.org** or call 1-800-822-8837. For more recycling information, go to our website: **www.samsung.com/recycling** or call 1-800-SAMSUNG.



### Your location

Location-based information on that can be used to determine the approximate location of a mobile device. If you use applications that require location-based information (e.g., driving directions), such information may be shared with third-parties, including your wireless service provider, applications providers, Samsung, and other third-parties providing services.

### Navigation

Maps, directions, and other navigation data, including data relating to your current location, may contain inaccurate or incomplete data. Therefore, you should always pay attention to road conditions, closures, traffic, and all other factors that may impact safe driving or walking.

### FCC Part 15 Information and Notices

This device complies with part 15 of the FCC Rules. Operation is subject to conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

### GPS & AGPS

Certain Samsung Mobile Devices can use a Global Positioning System (GPS) signal for location-based applications. Changes may affect the performance of location-based technology on your mobile device.

Certain Samsung Mobile Devices can also use an Assisted Global Positioning System (AGPS), which obtains information from the cellular network to improve GPS performance. Contact your wireless service provider for details.

### Use of AGPS in emergency calls

When you make an emergency call, the cellular network may activate AGPS technology in your mobile device to tell the emergency responders your approximate location.

AGPS has limitations and **might not work in your area.**

### Wireless Emergency Alerts (WEA)

The Wireless Emergency Alerts (WEA) is part of the US emergency system. Since 2012, the WEA system been used to warn the public weather condition, missing children, and other critical situations – all through alerts on compatible cell phones and other mobile devices. For more information visit: **https://www.fcc.gov/document/fcc-renames-cmas-wireless-emergency-alerts-wea**

### Emergency calls

Emergency calls may not be possible on all wireless mobile device networks or when certain network services and/or mobile device features are in use. Check with local service providers. If certain features are in use (e.g. call blocking) you may first need to deactivate those features before you can make an emergency call.

### HAC for Newer Technologies

This device has been tested and rated for use with hearing aids for some of the wireless technologies that it uses. However, there may be some newer wireless technologies used in this device that have not been tested yet for use with hearing aids. It is important to try the different features of this device thoroughly and in different locations, using your hearing aid or cochlear implant, to determine if you hear any interfering noise.

Consult your service provider or the manufacturer of this device for information on hearing aid compatibility. If you have questions about return or exchange policies, consult your service provider or device retailer. [123016]

### FCC Hearing Aid Compatibility (HAC) regulations for wireless devices



M3     +     M2     =     M5           T3     +     T2     =     5

The FCC established requirements for devices to be compatible with hearing aids and other hearing devices. For more information, visit **https://www.fcc.gov/consumers/guides/hearing-aid-compatibility-wireline-and-wireless-telephones**

### Device temperature

**Caution!** Some applications or prolonged usage may increase device temperature.

If the device feels hot to the touch, discontinue use and close all applications or turn off the device until it cools.

Always ensure that the device has adequate ventilation and air flow. Covering the device can trap any dissipating heat and redirect it back to the device while it is active.

©2020 Samsung Electronics America, Inc. Samsung is a registered trademark of Samsung Electronics Co., Ltd.

# Exhibit D-2

# Terms and Conditions

Read this document before operating the mobile device, accessories, or software (defined collectively and individually as the "Product") and keep it for future reference. This document contains important Terms and Conditions. Electronic acceptance, opening the packaging, use, or retention of the Product constitutes acceptance of these Terms and Conditions.

**Revised 06/2019**

Samsung Electronics America, Inc.

85 Challenger Road

Ridgefield Park, NJ 07660

Phone: 1-800-SAMSUNG (726-7864)

Internet: **www.samsung.com**

## Important legal information

**Arbitration Agreement - This Product is subject to a binding arbitration agreement between you and SAMSUNG ELECTRONICS AMERICA, INC. ("Samsung"). You can opt out of the agreement within 30 calendar days of the first consumer purchase by emailing optout@sea.samsung.com or calling 1-800-SAMSUNG (726-7864) and providing the applicable information.**

The full Arbitration Agreement, Standard One-year Limited Warranty, End User License Agreement (EULA), and Health & Safety Information for your device are available online:

- English: **www.samsung.com/us/Legal/Phone-HSGuide**
- Spanish: **www.samsung.com/us/Legal/Phone-HSGuide-SP**

This information can also be found on the device in the "About device" or "About phone" or "About tablet" section, for example:

- **Settings** > **About phone** or **About device** or **About tablet** > **Legal information** > **Samsung legal**
- Or, search "**Legal**"

If your device required Federal Communications Commission (FCC) approval, you can view the FCC certification by opening Settings > About phone or About device or About tablet> Status.

## Health and Safety

**WARNING!** To avoid electric shock and damage to your device, do not charge device while it is wet or in an area where it could get wet. Do not handle device, charger or cords with wet hands while charging.

### Maintaining dust and water resistance

The device is not impervious to dust and water damage in any situation. It is important that all compartments are closed tightly.

Follow these tips carefully to prevent damage to the device and maintain dust and water resistance performance:

- Water resistant based on IP68 rating, which tests submersion in fresh water deeper than 1.5 meters or keep it submerged for more than 30 minutes. If device is exposed to fresh water, dry it thoroughly with a clean, soft cloth; if exposed to liquid other than fresh water, rinse with fresh water and dry as directed.
- Any device which uses accessible compartments or ports that can be opened should have these sealed or closed tightly to prevent liquid from entering the system.
- If the device has been immersed in water or the microphone or speaker is wet, sound may not be heard clearly during a call. After wiping the device with a dry cloth, dry it thoroughly before using it.
- Do not expose the device to water at high pressure.
- If the device is dropped or receives an impact, the water and dust resistant features of the device may be damaged.

**Note:** Liquid other than fresh water may enter the device faster. Failure to rinse the device in fresh water and dry it as instructed may cause the device to suffer from operability or cosmetic issues.

### Samsung Knox

Samsung Knox is Samsung's security platform. Additional licensing fees may be required for enterprise use. For more information about Knox, please refer to: **www.samsung.com/us/knox**


Printed in Korea
GH68-52405A

## Specific Absorption Rate (SAR) certification information

For information about SAR, visit :

- **https://www.fcc.gov/general/radio-frequency-safety-0**
- **www.fcc.gov/encyclopedia/specific-absorption-rate-sar-cellular-telephones**
- **www.samsung.com/sar**

## Samsung mobile products and recycling

**WARNING!** Never dispose of batteries in a fire because they may explode. Do not disassemble, crush, puncture, heat, burn or reuse.

For battery and cell phone recycling, go to **call2recycle.org** or call 1-800-822-8837. For more recycling information, go to our website: **www.samsung.com/recycling** or call 1-800-SAMSUNG.



## Your location

Location-based information on that can be used to determine the approximate location of a mobile device. If you use applications that require location-based information (e.g., driving directions), such information may be shared with third-parties, including your wireless service provider, applications providers, Samsung, and other third-parties providing services.

## Navigation

Maps, directions, and other navigation data, including data relating to your current location, may contain inaccurate or incomplete data. Therefore, you should always pay attention to road conditions, closures, traffic, and all other factors that may impact safe driving or walking.

## FCC Part 15 Information and Notices

This device complies with part 15 of the FCC Rules. Operation is subject to conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

## GPS & AGPS

Certain Samsung Mobile Devices can use a Global Positioning System (GPS) signal for location-based applications. Changes may affect the performance of location-based technology on your mobile device.

Certain Samsung Mobile Devices can also use an Assisted Global Positioning System (AGPS), which obtains information from the cellular network to improve GPS performance. Contact your wireless service provider for details.

## Use of AGPS in emergency calls

When you make an emergency call, the cellular network may activate AGPS technology in your mobile device to tell the emergency responders your approximate location.

AGPS has limitations and **might not work in your area.**

## Wireless Emergency Alerts (WEA)

The Wireless Emergency Alerts (WEA) is part of the US emergency system. Since 2012, the WEA system been used to warn the public weather condition, missing children, and other critical situations – all through alerts on compatible cell phones and other mobile devices. For more information visit: **https://www.fcc.gov/document/fcc-renames-cmas-wireless-emergency-alerts-wea**

## Emergency calls

Emergency calls may not be possible on all wireless mobile device networks or when certain network services and/or mobile device features are in use. Check with local service providers. If certain features are in use (e.g. call blocking) you may first need to deactivate those features before you can make an emergency call.

## HAC for Newer Technologies

This device has been tested and rated for use with hearing aids for some of the wireless technologies that it uses. However, there may be some newer wireless technologies used in this device that have not been tested yet for use with hearing aids. It is important to try the different features of this device thoroughly and in different locations, using your hearing aid or cochlear implant, to determine if you hear any interfering noise.

Consult your service provider or the manufacturer of this device for information on hearing aid compatibility. If you have questions about return or exchange policies, consult your service provider or device retailer.

## FCC Hearing Aid Compatibility (HAC) regulations for wireless devices



M3 + M2 = M5    T3 + T2 = 5

The FCC established requirements for devices to be compatible with hearing aids and other hearing devices. For more information, visit **https://www.fcc.gov/consumers/guides/hearing-aid-compatibility-wireline-and-wireless-telephones**

## Device temperature

**Caution!**  Some applications or prolonged usage may increase device temperature.

If the device feels hot to the touch, discontinue use and close all applications or turn off the device until it cools.

Always ensure that the device has adequate ventilation and air flow.  Covering the device can trap any dissipating heat and redirect it back to the device while it is active.

©2020 Samsung Electronics America, Inc. Samsung is a registered trademark of Samsung Electronics Co., Ltd.

# Exhibit D-3

**SAMSUNG Galaxy S20 5G**

# Terms and Conditions

Read this document before operating the mobile device, accessories, or software (defined collectively and individ-ually as the "Product") and keep it for future reference. This document contains important Terms and Conditions. Electronic acceptance, opening the packaging, use, or retention of the Product constitutes acceptance of these Terms and Conditions.

Revised 06/2019

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660
Phone: 1-800-SAMSUNG (726-7864)
Internet: www.samsung.com

## Important legal information

**Arbitration Agreement - This Product is subject to a binding arbitration agreement between you and SAMSUNG ELECTRONICS AMERICA, INC. ("Samsung"). You can opt out of the agreement within 30 calendar days of the first consumer purchase by emailing optout@sea.samsung.com or calling 1-800-SAMSUNG (726-7864) and providing the applicable information.**

The full Arbitration Agreement, Standard One-year Limited Warranty, End User License Agreement (EULA), and Health & Safety Information for your device are available online:

- English: www.samsung.com/us/Legal/Phone-HSGuide
- Spanish: www.samsung.com/us/Legal/Phone-HSGuide-SP

This information can also be found on the device in the "About device" or "About phone" or "About tablet" section, for example:

- **Settings** > **About phone** or **About device** or **About tablet** > **Legal information** > **Samsung legal**
- Or, Search "Legal"

If your device required Federal Communications Commission (FCC) approval, you can view the FCC certification by opening Settings > About phone or About device or About tablet> Status.

## Health and Safety

**WARNING!** To avoid electric shock and damage to your device, do not charge device while it is wet or in an area where it could get wet. Do not handle device, charger or cords with wet hands while charging.

### Maintaining dust and water resistance

The device is not impervious to dust and water damage in any situation. It is important that all compartments are closed tightly.

Follow these tips carefully to prevent damage to the device and maintain dust and water resistance performance:

- Water resistant based on IP68 rating, which tests submersion in fresh water deeper than 1.5 meters or keep it submerged for more than 30 minutes. If device is exposed to fresh water, dry it thoroughly with a clean, soft cloth; if exposed to liquid other than fresh water, rinse with fresh water and dry as directed.
- Any device which uses accessible compartments or ports that can be opened should have these sealed or closed tightly to prevent liquid from entering the system.
- If the device has been immersed in water or the microphone or speaker is wet, sound may not be heard clearly during a call. After wiping the device with a dry cloth, dry it thoroughly before using it.
- Do not expose the device to water at high pressure.
- If the device is dropped or receives an impact, the water and dust resistant features of the device may be damaged.

**Note:** Liquid other than fresh water may enter the device faster. Failure to rinse the device in fresh water and dry it as instructed may cause the device to suffer from operability or cosmetic issues.

### Samsung Knox

Samsung Knox is Samsung's security platform. Additional licensing fees may be required for enterprise use. For more information about Knox, please refer to: www.samsung.com/us/knox


Printed in Korea
GH68-51659A_Rev_1.2



## Specific Absorption Rate (SAR) certification information

For information about SAR, visit :
- **https://www.fcc.gov/general/radio-frequency-safety-0**
- **www.fcc.gov/encyclopedia/specific-absorption-rate-sar-cellular-telephones**
- **www.samsung.com/sar**

## Samsung mobile products and recycling

**WARNING!** Never dispose of batteries in a fire because they may explode. Do not disassemble, crush, puncture, heat, burn or reuse.

For battery and cell phone recycling, go to **call2recycle.org** or call 1-800-822-8837. For more recycling information, go to our website: **www.samsung.com/recycling** or call 1-800-SAMSUNG.



## Your location

Location-based information on that can be used to determine the approximate location of a mobile device. If you use applications that require location-based information (e.g., driving directions), such information may be shared with third-parties, including your wireless service provider, applications providers, Samsung, and other third-parties providing services.

## Navigation

Maps, directions, and other navigation data, including data relating to your current location, may contain inaccurate or incomplete data. Therefore, you should always pay attention to road conditions, closures, traffic, and all other factors that may impact safe driving or walking.

## FCC Part 15 Information and Notices

This device complies with part 15 of the FCC Rules. Operation is subject to conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

## GPS & AGPS

Certain Samsung Mobile Devices can use a Global Positioning System (GPS) signal for location-based applications. Changes may affect the performance of location-based technology on your mobile device.

Certain Samsung Mobile Devices can also use an Assisted Global Positioning System (AGPS), which obtains information from the cellular network to improve GPS performance. Contact your wireless service provider for details.

## Use of AGPS in emergency calls

When you make an emergency call, the cellular network may activate AGPS technology in your mobile device to tell the emergency responders your approximate location.

AGPS has limitations and **might not work in your area.**

## Wireless Emergency Alerts (WEA)

The Wireless Emergency Alerts (WEA) is part of the US emergency system. Since 2012, the WEA system been used to warn the public weather condition, missing children, and other critical situations – all through alerts on compatible cell phones and other mobile devices. For more information visit: **https://www.fcc.gov/document/fcc-renames-cmas-wireless-emergency-alerts-wea**

## Emergency calls

Emergency calls may not be possible on all wireless mobile device networks or when certain network services and/or mobile device features are in use. Check with local service providers. If certain features are in use (e.g. call blocking) you may first need to deactivate those features before you can make an emergency call.

## HAC for Newer Technologies

This device has been tested and rated for use with hearing aids for some of the wireless technologies that it uses. However, there may be some newer wireless technologies used in this device that have not been tested yet for use with hearing aids. It is important to try the different features of this device thoroughly and in different locations, using your hearing aid or cochlear implant, to determine if you hear any interfering noise.

Consult your service provider or the manufacturer of this device for information on hearing aid compatibility. If you have questions about return or exchange policies, consult your service provider or device retailer. [123016]

## FCC Hearing Aid Compatibility (HAC) regulations for wireless devices



M3    +    M2    =    M5         T3    +    T2    =    5

The FCC established requirements for devices to be compatible with hearing aids and other hearing devices. For more information, visit **https://www.fcc.gov/consumers/guides/hearing-aid-compatibility-wireline-and-wireless-telephones**

## Device temperature

**Caution!**  Some applications or prolonged usage may increase device temperature.

If the device feels hot to the touch, discontinue use and close all applications or turn off the device until it cools.

Always ensure that the device has adequate ventilation and air flow.  Covering the device can trap any dissipating heat and redirect it back to the device while it is active.

©2020 Samsung Electronics America, Inc. Samsung is a registered trademark of Samsung Electronics Co., Ltd.

# Exhibit D-4

# SAMSUNG
## Galaxy S20+ | S20 Ultra 5G

# Terms and Conditions

Read this document before operating the mobile device, accessories, or software (defined collectively and individually as the "Product") and keep it for future reference. This document contains important Terms and Conditions. Electronic acceptance, opening the packaging, use, or retention of the Product constitutes acceptance of these Terms and Conditions.

Revised 06/2019

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660
Phone: 1-800-SAMSUNG (726-7864)
Internet: www.samsung.com


Printed in Korea
GH68-51573A_Rev_1.2

## Important legal information

**Arbitration Agreement** - This Product is subject to a binding arbitration agreement between you and SAMSUNG ELECTRONICS AMERICA, INC. ("Samsung"). You can opt out of the agreement within 30 calendar days of the first consumer purchase by emailing optout@sea.samsung.com or calling 1-800-SAMSUNG (726-7864) and providing the applicable information.

The full Arbitration Agreement, Standard One-year Limited Warranty, End User License Agreement (EULA), and Health & Safety Information for your device are available online:

- English: www.samsung.com/us/Legal/Phone-HSGuide
- Spanish: www.samsung.com/us/Legal/Phone-HSGuide-SP

This information can also be found on the device in the "About device" or "About phone" or "About tablet" section, for example:

- **Settings** > **About phone** or **About device** or **About tablet** > **Legal information** > **Samsung legal**
- Or,Search "Legal"

If your device required Federal  Communications Commission (FCC) approval, you can view the FCC certification by opening Settings > About phone or About device or About tablet> Status.

### Diagnostic Software

This device is equipped with diagnostic software reporting usage and performance information used solely to deliver improved network quality and overall device experience to AT&T customers. Please refer to your AT&T Wireless Customer Agreement and/or the AT&T Privacy Policy
 (www.att.com/privacy) for more information.

### Class 1 Laser Product

Do not open the sealed cell phone case.

**Caution!** Use of controls or adjustments or performance of procedures other than those specified herein may result in hazardous radiation exposure.

### Certification Label

"Complies with FDA performance standards for laser products except for deviations pursuant to Laser Notice No. 50, dated June 24, 2007."

### ID Label

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660
SM-G986U/U1, SM-G988U/U1

## Health and Safety

**WARNING!** To avoid electric shock and damage to your device, do not charge device while it is wet or in an area where it could get wet. Do not handle device, charger or cords with wet hands while charging.

### Maintaining dust and water resistance

The device is not impervious to dust and water damage in any situation. It is important that all compartments are closed tightly.

Follow these tips carefully to prevent damage to the device and maintain dust and water resistance performance:

- Water resistant based on IP68 rating, which tests submersion in fresh water deeper than 1.5 meters or keep it submerged for more than 30 minutes. If device is exposed to fresh water, dry it thoroughly with a clean, soft cloth; if exposed to liquid other than fresh water, rinse with fresh water and dry as directed.
- Any device which uses accessible compartments or ports that can be opened should have these sealed or closed tightly to prevent liquid from entering the system.
- If the device has been immersed in water or the microphone or speaker is wet, sound may not be heard clearly during a call. After wiping the device with a dry cloth, dry it thoroughly before using it.
- Do not expose the device to water at high pressure.
- If the device is dropped or receives an impact, the water and dust resistant features of the device may be damaged.

**Note:** Liquid other than fresh water may enter the device faster. Failure to rinse the device in fresh water and dry it as instructed may cause the device to suffer from operability or cosmetic issues.

### Samsung Knox

Samsung Knox is Samsung's security platform. Additional licensing fees may be required for enterprise use. For more information about Knox, please refer to: **www.samsung.com/us/knox**

## Specific Absorption Rate (SAR) certification information

For information about SAR, visit :

- **https://www.fcc.gov/general/radio-frequency-safety-0**
- **www.fcc.gov/encyclopedia/specific-absorption-rate-sar-cellular-telephones**
- **www.samsung.com/sar**

### Samsung mobile products and recycling

**WARNING!** Never dispose of batteries in a fire because they may explode. Do not disassemble, crush, puncture, heat, burn or reuse.

For battery and cell phone recycling, go to **call2recycle.org** or call 1-800-822-8837. For more recycling information, go to our website: **www.samsung.com/recycling** or call 1-800-SAMSUNG.

### Your location

Location-based information on that can be used to determine the approximate location of a mobile device. If you use applications that require location-based information (e.g., driving directions), such information may be shared with third-parties, including your wireless service provider, applications providers, Samsung, and other third-parties providing services.

### Navigation

Maps, directions, and other navigation data, including data relating to your current location, may contain inaccurate or incomplete data. Therefore, you should always pay attention to road conditions, closures, traffic, and all other factors that may impact safe driving or walking.

### FCC Part 15 Information and Notices

This device complies with part 15 of the FCC Rules. Operation is subject to conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

## GPS & AGPS

Certain Samsung Mobile Devices can use a Global Positioning System (GPS) signal for location-based applications. Changes may affect the performance of location-based technology on your mobile device.

Certain Samsung Mobile Devices can also use an Assisted Global Positioning System (AGPS), which obtains information from the cellular network to improve GPS performance. Contact your wireless service provider for details.

### Use of AGPS in emergency calls

When you make an emergency call, the cellular network may activate AGPS technology in your mobile device to tell the emergency responders your approximate location.

AGPS has limitations and **might not work in your area.**

### Wireless Emergency Alerts (WEA)

The Wireless Emergency Alerts (WEA) is part of the US emergency system. Since 2012, the WEA system been used to warn the public weather condition, missing children, and other critical situations – all through alerts on compatible cell phones and other mobile devices. For more information visit: **https://www.fcc.gov/document/fcc-renames-cmas-wireless-emergency-alerts-wea**

### Emergency calls

Emergency calls may not be possible on all wireless mobile device networks or when certain network services and/or mobile device features are in use. Check with local service providers. If certain features are in use (e.g. call blocking) you may first need to deactivate those features before you can make an emergency call.

### HAC for Newer Technologies

This device has been tested and rated for use with hearing aids for some of the wireless technologies that it uses. However, there may be some newer wireless technologies used in this device that have not been tested yet for use with hearing aids. It is important to try the different features of this device thoroughly and in different locations, using your hearing aid or cochlear implant, to determine if you hear any interfering noise.

Consult your service provider or the manufacturer of this device for information on hearing aid compatibility. If you have questions about return or exchange policies, consult your service provider or device retailer. [123016]

## FCC Hearing Aid Compatibility (HAC) regulations for wireless devices



M3    +    M2   =   M5         T3    +    T2   =   5

The FCC established requirements for devices to be compatible with hearing aids and other hearing devices. For more information, visit **https://www.fcc.gov/consumers/guides/hearing-aid-compatibility-wireline-and-wireless-telephones**

### Device temperature

**Caution!**  Some applications or prolonged usage may increase device temperature.

If the device feels hot to the touch, discontinue use and close all applications or turn off the device until it cools.

Always ensure that the device has adequate ventilation and air flow.  Covering the device can trap any dissipating heat and redirect it back to the device while it is active.

©2020 Samsung Electronics America, Inc. Samsung is a registered trademark of Samsung Electronics Co., Ltd.

# Términos y condiciones

Lea este documento antes de poner en funcionamiento el dispositivo móvil, los accesorios o el software (definidos colectiva e individualmente como el "Producto") y consérvelo para referencia en el futuro. Este documento contiene Términos y condiciones importantes. La aceptación electrónica, la apertura del paquete del Producto, el uso del Producto o la retención del Producto constituyen aceptación de estos Términos y condiciones.

Revisado en 06/2019

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660
Teléfono: 1-800-SAMSUNG (726-7864)

Internet: www.samsung.com

## Información legal importante

**Acuerdo de Arbitraje: Este Producto está sujeto a un acuerdo de arbitraje vinculante entre usted y SAMSUNG ELECTRONICS AMERICA, INC. ("Samsung"). Puede optar por excluirse del acuerdo antes de que transcurran 30 días calendario desde la fecha de la compra por parte del primer consumidor enviando un correo electrónico a optout@sea.samsung.com o llamando al 1-800-SAMSUNG (726-7864) y proporcionando la información que corresponda.**

Los textos completos del Acuerdo de arbitraje, de la Garantía limitada estándar, del Acuerdo de licencia del usuario final (EULA) y de la Información sobre salud y seguridad para el dispositivo están disponibles en línea:

- Inglés: www.samsung.com/us/Legal/Phone-HSGuide
- Español: www.samsung.com/us/Legal/Phone-HSGuide-SP

La información también se puede encontrar en el dispositivo en la sección "Acerca del dispositivo" o "Acerca del teléfono" o "Acerca de la tableta", por ejemplo:

- **Ajustes** > **Acerca del teléfono** o **Acerca del dispositivo** o **Acerca de la tableta** > **Información legal** > **Samsung legal**
- O, busque "Legal"

Si su dispositivo requirió la aprobación de la Comisión Federal de Comunicaciones (FCC), puede ver la certificación de la FCC abriendo Ajustes > Acerca del teléfono o Acerca del dispositivo o Acerca de la tableta > Estado.

### Software de diagnóstico

Este dispositivo está equipado con software de diagnóstico que reporta información sobre el uso y el desempeño y que se usa exclusivamente para brindar una mejor calidad de la red y de la experiencia general con el dispositivo a los clientes de AT&T. Consulte su Acuerdo de Cliente Inalámbrico de AT&T y/o la Política de Privacidad de AT&T (www.att.com/privacy) para obtener más información.

### Producto láser Clase 1

No abra el estuche sellado del teléfono celular.

El uso de controles o ajustes, o la realización de procedimientos que no sean los especificados en este documento, puede dar como resultado exposición a radiación peligrosa.

### Etiqueta de certificación

"Cumple con los estándares de funcionamiento establecidos por la FDA para productos láser excepto las desviaciones conformes a la notificación No. 50 sobre láser con fecha 24 de junio de 2007".

### Etiqueta de ID

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ 07660
SM-G986U/U1, SM-G988U/U1

## Salud y seguridad

**¡ADVERTENCIA!** Para evitar descargas eléctricas y daños al dispositivo, no cargue el dispositivo cuando esté mojado o en un área que podría mojarse. No agarre el dispositivo, el cargador o los cordones con las manos mojadas mientras se esté cargando el dispositivo.

### Cómo mantener la resistencia al agua y al polvo

El dispositivo no es inmune al daño por polvo y agua en cualquier situación. Es importante que todos los compartimientos estén herméticamente cerrados.

Siga cuidadosamente estos consejos para prevenir daños al dispositivo y mantener el desempeño ante el polvo y el agua:

- La categoría de resistencia al agua se asigna en base a la clasificación IP68, la cual somete el dispositivo a prueba de inmersión en agua dulce a una profundidad de más de 1.5 metros o lo mantiene sumergido durante más de 30 minutos. Si el dispositivo se expone a agua dulce, séquelo completamente con un paño suave y limpio; si se expone a líquido que no sea agua dulce, enjuáguelo con agua dulce y séquelo como se indica.
- Cualquier dispositivo que utilice compartimientos o puertos de acceso que pueden abrirse, deben sellarse o cerrarse herméticamente para evitar que el líquido entre al sistema.
- Si el teléfono ha estado sumergido en agua o si el micrófono o el altavoz está mojado, puede que el sonido no se escuche claramente durante una llamada. Después de secarlo con un paño seco, séquelo completamente antes de usarlo.
- No exponga el dispositivo a agua a alta presión.
- Si el dispositivo se cae o recibe un impacto, pudieran quedar dañadas las características de resistencia al agua y al polvo.

**Nota:** Es posible que líquidos distintos al agua dulce entren al dispositivo más rápido. Si no se enjuaga el dispositivo en agua dulce y se seca según las instrucciones, el dispositivo podría tener problemas de funcionamiento o cosméticos.

### Samsung Knox

Samsung Knox es la plataforma de seguridad de Samsung. Se pudiera requerir un pago adicional por derechos de licencia. Para obtener más información sobre Knox, consulte: www.samsung.com/us/knox

### Información de certificación de la tasa de absorción específica (SAR, por sus siglas en inglés)

Para información sobre SAR, visite:

- **https://www.fcc.gov/general/radio-frequency-safety-0**
- **www.fcc.gov/encyclopedia/specific-absorption-rate-sar-cellular-telephones**
- **www.samsung.com/sar**

### Productos móviles de Samsung y reciclaje

**¡ADVERTENCIA!** Nunca deseche baterías mediante incineración porque podrían explotar. No las desarme, aplaste, perfore, caliente, queme o reutilice.

Para el reciclaje de la batería y el teléfono móvil, visite **call2recycle.org** o llame al 1-800-822-8837. Para obtener más información sobre el reciclaje, visite nuestro sitio web: **www.samsung.com/recycling** o llame al 1-800-SAMSUNG. 

### Su ubicación

La información basada en la ubicación incluye información que se puede usar para determinar la ubicación aproximada de un dispositivo móvil. Si usa aplicaciones que requieren información basada en la ubicación (por ejemplo, indicaciones de ruta), tal información podría ser compartida con terceros, incluyendo su proveedor de servicio móvil, proveedores de aplicaciones, Samsung y otros terceros que proporcionan servicios.

### Parte 15 de la FCC: Información y avisos

Este dispositivo cumple con la Parte 15 de las normas de la FCC. La operación está sujeta a condiciones: (1) este dispositivo no puede causar interferencia perjudicial, y (2) este dispositivo debe aceptar cualquier interferencia que reciba, incluso interferencia que pudiera causar un funcionamiento no deseado.

### GPS y AGPS

Ciertos dispositivos móviles de Samsung pueden usar una señal del sistema de posicionamiento global (GPS, por sus siglas en inglés) para aplicaciones basadas en la ubicación. Los cambios pudieran afectar el desempeño de la tecnología basada en la ubicación de su dispositivo móvil.

Ciertos dispositivos móviles de Samsung también pueden usar un sistema de posicionamiento global asistido (AGPS, por sus siglas en inglés), el cual obtiene información desde la red móvil para mejorar el desempeño del GPS. Comuníquese con su proveedor de servicio móvil para obtener detalles.

### Uso del AGPS en llamadas de emergencia

Cuando haga una llamada de emergencia, la red móvil pudiera activar la tecnología AGPS en su dispositivo móvil para indicar al personal de respuesta a emergencias su ubicación aproximada.

El AGPS tiene limitaciones y **podría no funcionar en su zona**.

### Alertas Inalámbricas de Emergencia (WEA)

Las Alertas de emergencia inalámbricas (WEA) son parte del sistema de emergencia de EE. UU. Desde 2012, el sistema WEA se ha utilizado para advertir las condiciones climáticas públicas, los niños desaparecidos y otras situaciones críticas, todo a través de alertas en teléfonos celulares compatibles y otros dispositivos móviles. Para obtener más información, visite: **https://www.fcc.gov/document/fcc-renames-cmas-wireless-emergency-alerts-wea**

### Navegación

Los mapas, las indicaciones y otros datos de navegación, incluidos los datos relacionados a su ubicación actual, pudieran contener información imprecisa o incompleta. Por tanto, siempre debe prestar atención a las condiciones de carretera, cierres viales, tráfico y todos los demás factores en la carretera que pudieran repercutir en la seguridad al conducir o caminar.

### Llamadas de emergencia

Es posible que no se puedan hacer llamadas de emergencia en todas las redes de dispositivos móviles o cuando se usen determinados servicios de red y/o características del dispositivo móvil. Consulte con los proveedores de servicio locales. Si ciertas características están en uso (como, por ejemplo, bloqueo de llamadas), es posible que primero necesite desactivar esas características antes de realizar una llamada de emergencia.

### HAC para tecnologías más recientes

Este dispositivo ha sido sometido a pruebas y clasificado para su uso con aparatos auditivos para algunas de las tecnologías inalámbricas que utiliza. Sin embargo, puede haber algunas tecnologías inalámbricas más recientes usadas en este dispositivo cuyo uso aún no se ha comprobado con aparatos auditivos. Es importante probar a fondo su aparato auditivo o implante coclear con las diferentes características de este dispositivo y en diferentes ubicaciones para determinar si escucha ruido de interferencia.

Consulte con su proveedor de servicio o con el fabricante del dispositivo para obtener información sobre la compatibilidad de los aparatos auditivos. Si tiene preguntas sobre las políticas de devolución o de intercambio, consulte con su proveedor de servicio o vendedor del dispositivo. [123016]

### Reglamentos de la FCC sobre compatibilidad con aparatos auditivos (HAC, por sus siglas en inglés) para dispositivos inalámbricos



Los requisitos establecidos por la FCC para los dispositivos deben ser compatibles con los aparatos auditivos y otros dispositivos para la audición. Para obtener más información, visite https://www.fcc.gov/consumers/guides/hearing-aid-compatibility-wireline-and-wireless-telephones

### Temperatura del dispositivo

**¡Precaución!** Es posible que algunas aplicaciones o el uso prolongado del dispositivo aumenten la temperatura del dispositivo.

Si el dispositivo se siente muy caliente al tacto, deje de usarlo y cierre todas las aplicaciones o apague el dispositivo hasta que se enfríe.

Asegúrese siempre de que el dispositivo tenga una ventilación y un flujo de aire adecuados. Cubrir el dispositivo pudiera atrapar el calor que se produce y redirigirlo al dispositivo mientras esté activo.

©2020 Samsung Electronics America, Inc. Samsung es una marca comercial registrada de Samsung Electronics Co., Ltd.


GH68-51573A_Rev_1.2_ Hubble ATT EN SP S20+_5G.indd   8-14                                                                                                                                                                                                                                                                                                                                                                      4/2/2020   5:50:18 PM