# EXHIBIT F

| | |
|---|---|
| **From:** | Amber Oconnor |
| **To:** | optout@sea.samsung.com |
| **Subject:** | Arbitration Opt Out |
| **Date:** | Thursday, May 6, 2021 4:37:16 PM |

Hello  I want to opt out of mine and my husband phone Arbitration agreement on the full term warranty

Amber O'Connor

23645 Mark Peterson Dr, Wright City, MO 63390

first use of the application or software
 4/06/2021

Date of purchase device online 4/03/2021

Date received devices , 4/06/2021

Verizon Samsung Galaxy S20 FE in red

SN # RFCR11ED9QV

IMEI# 359637270658178.
_-------------------------------------------------------

2nd phone

Justin O'Connor

23645 Mark Peterson Dr, Wright City, MO 63390

first use of the application or software
 4/06/2021

Date of purchase device online 4/03/2021

Date received devices , 4/06/2021

Verizon Samsung Galaxy S20 FE in navy

SM-G781V / SMG781VXZBV

IMEI# 354630363117439

.