David Jay, Esq.
Richard A. Edlin, Esq.
Jaclyn DeMais, Esq.
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
*Attorneys for Samsung Electronics America, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN VASADI, DANIELLE MOYER, JOSH SHEPHERD, LINDSEY STONEBRAKER, GREG TREACY, SCOTT TEITSCH, JEFFREY TAYLOR, ETHAN GALLOWAY, RIDGE BERRY, JUSTIN JONES, ANNA KING, SCOTT KING, GORDON FRIEND, LAURA LUCA, JOSE RODRIGUEZ, SAMUEL SMITH, AMBER O'CONNOR, JUSTIN O'CONNOR, LOGAN MCQUILLEN and CHARLES REGNA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendant. | Civil Action No. 2:21-cv-10238 (WJM)(AME)<br><br>**ORDER** |

THIS MATTER having been brought before the Court upon the motion of

Greenberg Traurig, LLP, counsel for defendant Samsung Electronics America, Inc.

("SEA"), seeking an order pursuant to 9 U.S.C. §§ 3-4, to compel the arbitration of

Plaintiffs' claims and stay this litigation; and the Court having considered the pleadings and other papers on file, the argument of counsel, and for good cause shown;

IT IS on this _____ day of _____ 2021, **ORDERED** that:

1. SEA's motion to stay this action and to compel arbitration is **GRANTED**; and

2. This Action is **STAYED** pending resolution of any arbitration initiated by Plaintiffs.

_____
William J. Martini, U.S.D.J.