David Jay, Esq.
Richard A. Edlin, Esq.
Jaclyn DeMais, Esq.
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410
*Attorneys for Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN VASADI, DANIELLE MOYER, JOSH SHEPHERD, LINDSEY STONEBRAKER, GREG TREACY, SCOTT TEITSCH, JEFFREY TAYLOR, ETHAN GALLOWAY, RIDGE BERRY, JUSTIN JONES, ANNA KING, SCOTT KING, GORDON FRIEND, LAURA LUCA, JOSE RODRIGUEZ, SAMUEL SMITH, AMBER O'CONNOR, JUSTIN O'CONNOR, LOGAN MCQUILLEN and CHARLES REGNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 2:21-cv-10238 (WJM)(AME)<br><br>**DEFENDANT'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned

counsel of record for Defendant Samsung Electronics America, Inc. certifies

that Samsung Electronics Co., LTD. is the parent company to Defendant Samsung Electronics America, Inc. No publicly held corporation not a party to the case owns 10% or more of the stock of Samsung Electronics America, Inc.

DATED: July 12, 2021                                    */s/ David Jay*

David Jay